**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ROSA RANGEL, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-00536-APG-NJK |
| | ) | |
| vs. | ) | ORDER DENYING PROPOSED |
| | ) | DISCOVERY PLANS |
| FEDERAL HOME LOAN | ) | (Docket Nos. 15, 17) |
| MORTGAGE CORP., et al., | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

Pending before the Court are two proposed discovery plans filed by the parties. Docket Nos. 15, 17.[1] Because the parties failed to hold a Rule 26(f) conference, however, both proposed discovery plans are hereby DENIED. No later than June 7, 2013, Plaintiff is ORDERED to provide Defendants' counsel with 5 separate times (June 14, 2013 or earlier) on which she is available to participate in the Rule 26(f) conference. The parties are ORDERED to hold the Rule 26(f) conference no later than June 14, 2013. The parties are ORDERED to submit a *joint* proposed discovery plan no later than June 18, 2013.

IT IS SO ORDERED.

DATED: June 4, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Although a joint proposed discovery plan was not filed, the Court hereby DISCHARGES the order to show cause. Docket No. 14. The Court reminds the parties, however, that it expects strict compliance with the Local Rules both by *pro se* litigants and attorneys. The failure to comply with the Local Rules in the future may result in sanctions. *See* Local Rule IA 4-1.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28